**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| STUART P. LINDNER, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:12-cv-01721-UNA |
| v. | ) |
| | ) |
| ALLIED INTERSTATE, LLC f/k/a ALLIED INTERSTATE, INC. | ) NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT TO PLAINTIFF |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment. Defendant's Rule 68 Offer of Judgment is attached hereto as Exhibit "A".

Date: March 13, 2013

Respectfully Submitted,

KIMMEL & SILVERMAN, P.C.

*/s/ W. Christopher Componovo*
W. Christopher Componovo
Attorney ID #3234
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
Phone: (302) 791-9373
Facsimile: (302) 791-9476