*Kimmel and Silverman, P.C.*

**All Time for Selected File:**

**Lindner, Stuart v. Allied Interstate, Inc.**

Matter Id : 12-00134-DDE

| Today's Date: | 3/27/2013 | Client Id : 12-00101 | | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Timekeeper** | **Task & Description** | **Original Time** | **Reduced Time** | **Original Rate** | **Reduced Rate** | **Original Amount** | **Reduced Amount** |
| **Feb 1, 2012** | **Steve Hill** | **Initial call with client, gather information, request client obtain additional information and send it in (not billed)** | **0.5** | **0.0** | **$155.00** | **$0.00** | **$77.50** | **$0.00** |
| **Feb 8, 2012** | **Angela K. Troccoli** | **Receive docs from client, provide to CTK for review (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| Feb 8, 2012 | Craig Thor Kimmel | Review client's docs (0.4); Confer with client - discuss what happened, advise on rights (0.5); Prepare memo to file outlining discussion with client and causes of action that client has (0.4); Discuss case with JR - request he prepare a letter of representation / cease and desist letter to Defendant (0.1); Email from JR with letter (0.1) | 1.5 | 1.5 | $425.00 | $325.00 | $637.50 | $487.50 |
| Feb 8, 2012 | Jason Ryan | Meet with CTK - he requested I prepare a letter to Allied (0.1); Prepare letter to Allied re: representation, cease and desist communication with client (0.1); Email to CTK for approval and for him to email to Allied (0.1) | 0.3 | 0.3 | $155.00 | $125.00 | $46.50 | $37.50 |
| Feb 9, 2012 | Craig Thor Kimmel | Email letter of rep / cease and desist letter to Matt & Karla at Allied w/ information about case | 0.1 | 0.1 | $425.00 | $325.00 | $42.50 | $32.50 |
| May 14, 2012 | Craig Thor Kimmel | Email from Matt at Allied with offer (0.1); Confer with client and determine to reject (0.1) | 0.2 | 0.2 | $425.00 | $325.00 | $85.00 | $65.00 |
| Dec 11, 2012 | Tara L. Patterson | Reviewed client's file and drafted complaint | 0.9 | 0.9 | $300.00 | $250.00 | $270.00 | $225.00 |
| Dec 12, 2012 | Tara L. Patterson | Email to Stuart Lindner re: sent draft complaint to client to review and approve prior to filing. | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |

| Date | Attorney | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 12, 2012 | Tara L. Patterson | Email correspondence with Stuart Lindner re: client reviewed draft complaint and identified changes. | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 12, 2012 | Tara L. Patterson | Email correspondence to CTK for review of complaint | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 12, 2012 | Craig Thor Kimmel | Email from TLP with draft complaint for review | 0.1 | 0.1 | $425.00 | $325.00 | $42.50 | $32.50 |
| Dec 13, 2012 | Craig Thor Kimmel | Review and revise complaint, Email final complaint to TLP for filing | 0.3 | 0.3 | $425.00 | $325.00 | $127.50 | $97.50 |
| Dec 13, 2012 | Tara L. Patterson | Email correspondence with Craig Thor Kimmel re: CTK revisions to draft complaint. | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 14, 2012 | Tara L. Patterson | Made changes identified by client; reviewed CTK's changes for content. | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 14, 2012 | Katelynn Fitti | E-mail correspondence with WCC re Complaint to be filed | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| Dec 14, 2012 | Tara L. Patterson | Email exchange with client re: question on damages | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Dec 14, 2012 | Christopher Componovo | Email from KF with docs for filing | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 17, 2012 | Katelynn Fitti | Drafted Coversheet/Summons, filed Complaint w/ DE | 0.3 | 0.3 | $165.00 | $125.00 | $49.50 | $37.50 |
| Dec 17, 2012 | Katelynn Fitti | Filing Fee | | | | | $350.00 | $350.00 |
| Dec 18, 2012 | Katelynn Fitti | Drafted Notice/Waiver & correspondence for service of Complaint, mailed Complaint to Defendant for service | 0.3 | 0.3 | $165.00 | $125.00 | $49.50 | $37.50 |
| **Dec 18, 2012** | **Katelynn Fitti** | **Calendar dates (not billed)** | **0.1** | **0.0** | **$165.00** | **$125.00** | **$16.50** | **$0.00** |
| **Dec 18, 2012** | **Christopher Componovo** | **Receipt and review of ECF email - complaint (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| Dec 18, 2012 | Christopher Componovo | Receipt and review of ECF email - notice, consent and referral form re US Mag Judge jurisdiction; Review | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |

| Date | Attorney | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| **Dec 18, 2012** | **Christopher Componovo** | **Receipt and review of ECF email - summons issued (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| Dec 18, 2012 | Pete Keltz | Email correspondence with WCC re summons. | 0.1 | 0.1 | $80.00 | $80.00 | $8.00 | $8.00 |
| Dec 18, 2012 | Christopher Componovo | Email correspondence with PK re summons | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Dec 26, 2012 | Christopher Componovo | Receipt and review of ECF email - case assigned to Judge Sleet | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Jan 7, 2013 | Tara L. Patterson | E-mail correspondence with KF re: stamped summons | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Jan 7, 2013 | Katelynn Fitti | Email with TLP re summons | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| Jan 21, 2013 | Katelynn Fitti | Researched process server for personal service of Complaint (reduced to 0.1) | 0.2 | 0.1 | $165.00 | $125.00 | $33.00 | $12.50 |
| Jan 21, 2013 | Katelynn Fitti | E-mail correspondence with 'info@directprocessserver.com' re personal service of Complaint | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| Jan 23, 2013 | Katelynn Fitti | Receipt of executed waiver, Efiled same | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| **Jan 23, 2013** | **Christopher Componovo** | **Receipt and review of ECF email - waiver of service executed (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| **Jan 23, 2013** | **Katelynn Fitti** | **Calendar answer due date (not billed)** | **0.1** | **0.0** | **$165.00** | **$125.00** | **$16.50** | **$0.00** |
| Jan 24, 2013 | Christopher Componovo | Receipt of OOJ from Defendant; Review OOJ | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Jan 24, 2013 | Katelynn Fitti | Email OOJ to TLP | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| Jan 24, 2013 | Katelynn Fitti | Calendar response date for OOJ (not billed) | 0.1 | 0.0 | $165.00 | $125.00 | $16.50 | $0.00 |
| Jan 24, 2013 | Tara L. Patterson | Email from KF with OOJ | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |

| Date | Attorney | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Feb 6, 2013 | Tara L. Patterson | Call and Email to Stuart Lindner re: OOJ from OPC | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Feb 7, 2013 | Tara L. Patterson | Email correspondence with Stuart Lindner re: client wants to reject OOJ | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 14, 2013 | Tara L. Patterson | Discuss OOJ with client | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 14, 2013 | Tara L. Patterson | Email to John C Cordrey Re: settlement demand | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 15, 2013 | Tara L. Patterson | E-mail correspondence with Japaridze, Nana re: settlement discussions | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 18, 2013 | Christopher Componovo | Receipt and review of ECF email - answer; Review same | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 18, 2013 | Christopher Componovo | Receipt and review of ECF email - disclosure statement; Review same | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 18, 2013 | Tara L. Patterson | E-mail correspondence with Lord, John B re: answer to complaint | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| **Feb 19, 2013** | **Katelynn Fitti** | **Received Defs Answer to Complaint, saved in k:/drive (not billed)** | **0.1** | **0.1** | **$165.00** | **$125.00** | **$16.50** | **$12.50** |
| **Feb 19, 2013** | **Katelynn Fitti** | **Email answer to TLP with Motion to Strike deadline (not billed)** | **0.1** | **0.0** | **$165.00** | **$125.00** | **$16.50** | **$0.00** |
| **Feb 19, 2013** | **Tara L. Patterson** | **E-mail correspondence with KF re: Answer filed and MTS deadline (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| Feb 25, 2013 | Tara L. Patterson | Email to N. Japaridze re settlement | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Feb 26, 2013 | Tara L. Patterson | E-mail correspondence with Japaridze, Nana re: OOJ | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Feb 26, 2013 | Tara L. Patterson | Email to Stuart Lindner re: offer of judgment from OPC and legal analysis of judgment and recommendation to client. | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| **Feb 28, 2013** | **Katelynn Fitti** | **Calendar response date for OOJ (not billed)** | **0.1** | **0.0** | **$165.00** | **$125.00** | **$16.50** | **$0.00** |

| Date | Name | Description | Hours | Billed Hours | Rate | Billed Rate | Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| Mar 11, 2013 | Tara L. Patterson | E-mail correspondence with kfitti@creditlaw.com re: deadline to accept OOJ | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 11, 2013 | Katelynn Fitti | Email from TLP re deadline for OOJ | 0.1 | 0.1 | $165.00 | $125.00 | $16.50 | $12.50 |
| Mar 12, 2013 | Tara L. Patterson | Calls to client re OOJ | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Mar 12, 2013 | Joseph Gentilcore | Email to N. Japaridze re OOJ | 0.1 | 0.1 | $225.00 | $200.00 | $22.50 | $20.00 |
| Mar 12, 2013 | Tara L. Patterson | Email correspondence with Japaridze, Nana re: reissued OOJ | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 13, 2013 | Tara L. Patterson | Spoke with Mr. Lindner. He accepts the OOJ in the amount of $1,001.00. | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 13, 2013 | Tara L. Patterson | Email to ALB re fee petition | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| **Mar 13, 2013** | **Christopher Componovo** | **Receipt and review of ECF email - OOJ accepted (not billed)** | **0.1** | **0.0** | **$300.00** | **$250.00** | **$30.00** | **$0.00** |
| Mar 14, 2013 | Amy L. Bennecoff | Email from TLP re: fee motion; Email to CTK about demand to make on fees/costs; Review response from CTK providing fee demand; Email to N. Japaridze re: demand on fees/costs | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 14, 2013 | Craig Thor Kimmel | Email exchange with ALB re: fee demand | 0.2 | 0.2 | $425.00 | $325.00 | $85.00 | $65.00 |
| Mar 18, 2013 | Amy L. Bennecoff | Email from N. Japaridze with offer on fees/costs; Email to CTK re: reducing demand | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Mar 18, 2013 | Craig Thor Kimmel | Email from ALB re: reducing fee demand | 0.1 | 0.1 | $425.00 | $325.00 | $42.50 | $32.50 |
| **Mar 19, 2013** | **Katelynn Fitti** | **Calendar fee petition deadline (not billed)** | **0.1** | **0.0** | **$165.00** | **$125.00** | **$16.50** | **$0.00** |
| Mar 19, 2013 | Amy L. Bennecoff | Email from CTK re: fee demand; Email reduced fee demand to N. Japaridze | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |

| Date | Name | Description | Hours | Hours | Rate | Rate | Amount | Amount |
|---|---|---|---|---|---|---|---|---|
| Mar 19, 2013 | Craig Thor Kimmel | Email ALB re: reduction in fee/cost demand | 0.1 | 0.1 | $425.00 | $325.00 | $42.50 | $32.50 |
| Mar 22, 2013 | Amy L. Bennecoff | Conduct initial research on fee petitions in the US Dist Court for the District of Delaware | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 22, 2013 | Amy L. Bennecoff | Email to CD re: preparing motion and supporting docs for fee petition (0.1); Meet with her to discuss preparation of the same (0.3) | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 22, 2013 | Caroline Diehl | Email to ALB re: preparing fee petition docs (0.1); Meet with ALB to discuss fee petition and preparation of the same (0.3); Draft motion for fee petition (0.6) | 1.0 | 1.0 | $180.00 | $130.00 | $180.00 | $130.00 |
| Mar 26, 2013 | Amy L. Bennecoff | Discussion with CD re: rates to use in fee petition | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 26, 2013 | Caroline Diehl | Meeting with ALB re fee petition and rates to use | 0.1 | 0.1 | $180.00 | $130.00 | $18.00 | $13.00 |
| Mar 26, 2013 | Amy L. Bennecoff | Email Kate Shumaker re submitting affidavit for fees | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 26, 2013 | Caroline Diehl | Conduct research for fee petition (1.2); Prepare memo of law for fee petition (3.5); Email documents for fee petition to ALB (0.1) | 4.8 | 4.8 | $180.00 | $130.00 | $864.00 | $624.00 |
| Mar 26. 2013 | Amy L. Bennecoff | Email from CD with fee petition documents | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 26. 2013 | Amy L. Bennecoff | Email WCC re: affidavit of local practioner to use for fee petition | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 26. 2013 | Christopher Componovo | Email from ALB about obtaining affidavit to use in support of fee petition | 0.1 | 0.1 | $300.00 | $250.00 | $30.00 | $25.00 |
| Mar 26. 2013 | Amy L. Bennecoff | Email exchange with WCC re: affidavit of local practitioner for fee petition | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 26. 2013 | Christopher Componovo | Email correspondence with ALB Re affidavit for fee petition | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 26. 2013 | Amy L. Bennecoff | Draft affidavit of Kate Shumaker and send to her along with bill for approval | 0.3 | 0.3 | $300.00 | $250.00 | $90.00 | $75.00 |

| Date | Name | Description | Original Time | Reduced Time | Rate Orig | Rate Red | Original | Reduced |
|---|---|---|---|---|---|---|---|---|
| Mar 26. 2013 | Amy L. Bennecoff | Draft affidavit of Yvonne Saville and send to her along with bill for approval | 0.3 | 0.3 | $300.00 | $250.00 | $90.00 | $75.00 |
| Mar 26. 2013 | Christopher Componovo | Email correspondence with ALB Re affidavit for fee petition | 0.4 | 0.4 | $300.00 | $250.00 | $120.00 | $100.00 |
| Mar 26. 2013 | Christopher Componovo | Email exchange with Yvonne Saville re affidavit | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Mar 26. 2013 | Christopher Componovo | Review, revise and approve docs for filing for fee petition | 0.2 | 0.2 | $300.00 | $250.00 | $60.00 | $50.00 |
| Mar 26. 2013 | Amy L. Bennecoff | Review bill, make reductions as necessary to protect attorney client privilege and work product privilege (0.3); Review and revise motion and memo (0.4); Prepare COS (0.1); Email docs to WCC for approval, review response (0.2); Efile docs (0.1) | 1.0 | 1.0 | $300.00 | $250.00 | $300.00 | $250.00 |
| | | | **Original Time** | **Reduced Time** | | | **Original Total** | **Reduced Total** |
| | | | 21.9 | 20.1 | | | $6,108.00 | $4,627.50 |