**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STUART P. LINDNER, | : |
| Plaintiff, | : **Case No.: 1:12-cv-01721-GMS** |
| v. | : |
| ALLIED INTERSTATE, LLC f/k/a ALLIED INTERSTATE, INC. | : |
| Defendant. | : |

**SATISFACTION OF JUDGMENT**

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: December 19, 2013        */s/ W. Chistopher Componovo*
　　　　　　　　　　　　　　　　W. Christopher Componovo
　　　　　　　　　　　　　　　　Attorney ID #3234
　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　Silverside Carr Executive Center
　　　　　　　　　　　　　　　　Suite 118, 501 Silverside Road
　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　Phone: (302) 791-9373
　　　　　　　　　　　　　　　　Facsimile: (302) 791-9476
　　　　　　　　　　　　　　　　Attorney for Plaintiff